**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-40119-JAR |
| | ) | |
| ROBERT H. HARSHBARGER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AMENDING CONDITIONS OF RELEASE

Pursuant to the provisions of 18 U.S. Code Section 3142(c)(1)(B)(v), the parties jointly

request that the Order Setting Conditions of Release, issued by Magistrate Judge Sebelius on

November 27, 2012 (Docket No. 5), be amended to add one condition of release. Undersigned

counsel for the Defendant, Robert H. Harshbarger, Jr., has informed the Defendant of the additional

condition of release, and the Defendant has agreed to abide by the additional condition.

The earlier Order for Conditions of Release did not contain the condition requiring the

Defendant to "avoid all contact, directly or indirectly, with any person who is or may become a

victim or potential witness in the investigation or prosecution" of this case. Since Mr. Harshbarger's

wife works at the same location in Kingsport, Tennessee, from which violative drugs are alleged to

have been distributed, and since Mr. Harshbarger is personal friends with several current employees

at the pharmacy, current employees (who are named in the text of the order) would be exempt from

the "no contact" provision of the Order, although Mr. Harshbarger is required not to discuss the case

with them.

The parties jointly seek an Order to amend the Order Setting Conditions of Release (Doc. 22)

to add the following provision:

The Defendant must avoid all contact, directly or indirectly (except through his attorneys),
with any person who is or may become a victim or potential witness in the investigation or
prosecution, including but not limited to employees and former employees of Kansas Dialysis

Services, employees and former employees of American Inhalation Medication Specialists, Inc. ("AIMS") and Custom Compounding Centers of America ("CCCARx") (other than as specified below), and employees and former employees of American Regent.

Defendant may contact – but shall not discuss the allegations within the case or the investigation with – the following individuals, who are current employees of CCARx:

Kingsport Location:

Diana Harshbarger
Kim Clawson
Caleb Dingus
Larkin Ketron
Randy Serena
Sha Moore
Daren Flanary
Bobby Harshbarger III
Dawn Ellis
Marcie Dingus
Samantha Ramey
Deborah Rowe
Marc Wilkinson
Heather Gardner
Elizabeth Ingram
Scott Stewart
Shantay Martinez
Jessica Knouff-Harkleroad

Johnson City location:

Dana Nidiffer
Krystal Renfro
Valerie Wickizer
Jennifer Branch

Additionally, Defendant may contact – but shall not discuss the allegations within the case or the investigation with – two former employees of CCCARx: Debra Ketron and Santana Page.

Accordingly,

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Amend Order Setting

Conditions of Release (ECF No. 22) is granted.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2013, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge