AO 245B   (Rev. 09/11 - D/KS 08/12) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page 2 of 4

DEFENDANT:       Robert Harshbarger Jr
CASE NUMBER:  5:12CR40119 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 months.

Count 1:   36 months imprisonment
Count 3:   48 months imprisonment, to be served concurrently with Count 1

☒   The Court makes the following recommendations to the Bureau of Prisons:

If eligible, the Court recommends the defendant be designated to FPC Montgomery, or to FPC Pensacola.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ on ___.

  ☐ as notified by the United States Marshal.

☒   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ___ on ___.

  ☒ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  12/19/13  to  JR
at  Pensacola, FL  , with a certified copy of this judgment.

Samuel L Betts
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal