IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-40119-01-JAR |
| ROBERT H. HARSHBARGER, JR., | ) |
| Defendant. | ) |

## NOTICE OF SATISFACTION OF JUDGMENT

COMES NOW the United States by and through Thomas E. Beall, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and files this Notice of Satisfaction of Judgment regarding the forfeiture judgment imposed against defendant Robert H. Harshbarger, Jr.

The United States gives notice that the original forfeiture judgment imposed against Robert H. Harshbarger, Jr. in the amount of $425,000.00 has been satisfied.

Respectfully submitted:

THOMAS E. BEALL
United States Attorney

s/ Annette Gurney
Annette Gurney
Assistant United States Attorney
KS S.Ct. No. 11602
301 N. Main, Suite 1200
Wichita, KS 67202
Telephone: (316-269-6689
Facsimile: (316) 295-6484
E-mail: Annette.Gurney@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                  s/ Annette Gurney
                                                  Annette Gurney
                                                  Assistant United States Attorney